**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         Nathaniel Jones, III v. Houston Police Department

Appellate case number:    01-12-00508-CV

Trial court case number:  2012-07137

Trial court:                       333rd District Court of Harris County

On July 24, 2012, appellant, Nathaniel Jones, III, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On August 23, 2012, the district clerk filed a clerk's record on indigence. The record reflects that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Further, appellant's motion for extension of time to file brief, filed September 19, 2012, is **DISMISSED** as moot.

Judge's signature:/s/ <u>Justice Terry Jennings</u>
                              ☑ Acting individually     ☐ Acting for the Court

Date: October 1, 2012